# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

MHN

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Mark A Lipscomb
(Please print)

STREET ADDRESS: 8519 S. Loomis

CITY/STATE/ZIP: Chicago Il. 60620

PHONE NUMBER: 773-440-8829

CASE NUMBER: **08CV4438**
**JUDGE KENNELLY**
**MAG. JUDGE BROWN**

Signature: Mark a Lipscomb

Date: 8/5/2008

FILED
8-6-2008
AUG - 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)